**UNITED STATES of America**

v.

**David SWIDLER, Appellant.**

**No. 11475.**

United States Court of Appeals,
Third Circuit.

Argued March 11, 1955.

Decided March 22, 1955.

Rehearing Denied April 15, 1955.

Jacob Kossman, Philadelphia, Pa., for appellant.

Robert W. Lees, Asst. U. S. Atty., Philadelphia, Pa. (W. Wilson White, U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before McLAUGHLIN, STALEY, and HASTIE, Circuit Judges.

PER CURIAM.

From our own examination of this income tax evasion case we are satisfied that (1) there is substantial evidence in the trial record to justify appellant's conviction and (2) the trial court's comments, rulings and charge did not deprive appellant of a fair trial.

The judgment of the district court will be affirmed.

**Virgil JOHNSON, Appellant,**

v.

**O. B. ELLIS, General Manager, Texas Prison System, Appellee.**

**No. 15325.**

United States Court of Appeals,
Fifth Circuit.

March 30, 1955.

Virgil Johnson, in pro. per.

Willis E. Gresham, Asst. Atty. Gen., for appellee.

Before HOLMES and RIVES, Circuit Judges, and THOMAS, District Judge.

PER CURIAM.

The motion to dismiss this appeal is sustained, and the appeal dismissed, upon the authority of Harris v. Ellis, 5 Cir., 204 F.2d 685, decided by this court on May 29, 1953.

Appeal dismissed.

**LIAN BROTHERS, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 215, Docket 23382.**

United States Court of Appeals,
Second Circuit.

Argued March 14, 1955.

Decided March 14, 1955.

Kenneth Carroad, New York City (Theodore Propp, New York City, and Stanley H. Handman, Brooklyn, N. Y., of counsel), for plaintiff-appellant.

J. Edward Lumbard, U. S. Atty., for Southern Dist. of N. Y., New York City (Milton E. Lacina, Asst. U. S. Atty., New York City, of counsel), for defendant-appellee.

Before CLARK, Chief Judge, FRANK, Circuit Judge, and GALSTON, District Judge.

PER CURIAM.

Judgment affirmed on the opinion of Dawson, D. J., 123 F.Supp. 20, in open court.